**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDFISHER, LLC<br><br>Defendant. | No. **4:16-cv-0200-BRW** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ARcare, Inc. d/b/a Parkin Drug Store, by and through counsel, hereby dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: April 28, 2016                   Respectfully submitted,

By:   */s/ Randall K. Pulliam*
       Randall K. Pulliam, Esq.
       rpulliam@cbplaw.com
       **CARNEY BATES & PULLIAM, PLLC**
       2800 Cantrell Rd., Suite 510
       Little Rock, Arkansas 72202
       Telephone:   (501) 312-8500
       Facsimile:   (501) 312-8505

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ *Randall K. Pulliam*
Randall K. Pulliam